**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-608-RBJ-NYW

EDGAR RIVERA,

    Plaintiff,

    v.

ESPN, INC.,

    Defendant.

---

**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**

---

    Defendant ESPN, Inc., by and through its undersigned counsel, in accordance with Federal Rule of Civil Procedure 7.1, discloses that it is a subsidiary of The Walt Disney Company, a publicly traded company that holds an indirect 80% shareholder interest in ESPN, Inc. The Hearst Corporation indirectly holds the remaining 20% shareholder interest in ESPN, Inc. No other entity owns 10% or more of ESPN, Inc. stock.

    Respectfully submitted this 17th day of April 2015.

    /s/ Benjamin G. Chew
    Benjamin G. Chew
    MANATT, PHELPS & PHILLIPS, LLP
    1050 Connecticut Avenue NW, Suite 600
    Washington, DC 20036
    Telephone:  (202) 585-6511
    Facsimile:  (202) 585-6600
    Email:  bchew@manatt.com

    Benjamin G. Chew
    Rory E. Adams
    MANATT, PHELPS & PHILLIPS, LLP
    1050 Connecticut Avenue NW, Suite 600
    Washington, DC 20036
    Telephone:  (202) 585-6511

Facsimile:     (202) 585-6600
Email:         bchew@manatt.com
               radams@manatt.com

Christine M. Reilly (admission pending)
M<small>ANATT</small>, P<small>HELPS</small> & P<small>HILLIPS</small>, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064
Telephone:     (310) 312-4237
Facsimile:     (301) 996-7037
Email:         creilly@manatt.com

*Counsel for Defendant ESPN, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 17th day of April 2015, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Timothy J. Sostrin, Esq.
Keith J. Keogh, Esq.
KEOGH LAW, LTD.
55 West Monroe Street, Suite 3390
Chicago, IL 60603
Telephone:   (312) 726-1092
Facsimile:    (312) 726-1093
Email:        tsostrin@keoghlaw.com
               keith@keoghlaw.com

    /s/ Benjamin G. Chew
    Benjamin G. Chew

203086190.1