IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00608-RBJ-NYW

EDGAR RIVERA,

    Plaintiff,

v.

ESPN, INC.

    Defendant.

_____

**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**
_____

Magistrate Judge Nina Y. Wang

    This matter comes before the court on Defendant ESPN, Inc.'s Motion to Dismiss for Failure to State a Claim.  [#18]. This Motion was referred to the undersigned Magistrate Judge pursuant to the Order Referring Case dated March 30, 2015 [#6] and the Memorandum dated June 1, 2015 [#19].  Plaintiff served and filed his Amended Complaint on June 19, 2015, pursuant to Fed. R. Civ. P. 15(a)(1)(B) [#25], and Defendant filed an Answer on July 9, 2015. [#27].

    In light of the Amended Complaint and subsequent filing of an Answer, the undersigned Magistrate Judge respectfully RECOMMENDS that Defendant ESPN, Inc.'s Motion to Dismiss [#18] be DENIED AS MOOT.

DATED:  July 13, 2015                         BY THE COURT:


                                              s/ Nina Y. Wang
                                              United States Magistrate Judge